## WALDMAN DRY GOODS CO. v. KATCHMAN et al. (No. 1498.)

Court of Civil Appeals of Texas. Beaumont.
July 7, 1927.

Appeal and error ⬤⇒773(2)—Where case was reset twice for submission, and no briefs for either party were filed, cause must be dismissed.

Where record in case was filed in Court of Civil Appeals October 4, 1926, and case was set for submission February 17, 1927, and cause was reset twice for submission, and counsel for appellant and appellees died while case was pending in appellate court, and no briefs for either party were filed, cause must be dismissed for want of prosecution.

Appeal from District Court, Liberty County; Thos. B. Coe, Judge.

Suit between the Waldman Dry Goods Company and M. Katchman and others. From the judgment, the Waldman Dry Goods Company appeal. Appeal dismissed.

O'QUINN, J. The record in this case was filed in this court on October 4, 1926. The case was set for submission on February 17, 1927. On application of appellant, submission of the cause was postponed, and reset for April 14, 1927. Submission was by written agreement of the parties further postponed, and the cause reset for June 30, 1927. We regret to say that counsel for both appellant and appellees have died since the case has been pending in this court, and there are no briefs for either party filed herein. For the want of prosecution the cause must be dismissed, and it is so ordered.